In the Matter of the Claim of JOHN LAPP, Respondent, against OWL LAUNDRY SERVICE, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Counsel appeared February 23, 1944; decided March 10, 1944.

*George J. Hayes, Victor Fiddler* and *William F. O'Rourke* for appellants.

*Charles S. Phillips* for claimant-respondent.

Appeal dismissed without costs; no opinion. (See 292 N. Y. 721.)

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.